IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FT. SMITH DIVISION

THE HANOVER AMERICAN INSURANCE COMPANY      PLAINTIFF

V.      CASE NO. 2:11-CV-2088

BOB MILLER INSURNANCE AGENCY, INC.
and ROBERT L. MILLER a/k/a BOB MILLER      DEFENDANTS

### CONSENT JUDGMENT

The Court, being fully advised and based upon the mutual agreement of the parties as reflected by the signatures of their counsel below, finds:

1. Separate Defendant Bob Miller Insurance Agency, Inc. ("Agency") has breached its agreement with Plaintiff The Hanover American Insurance Company.

2. As a result of the breach, the Plaintiff shall have Judgment against the Agency in the principal amount of $135,000, plus pre-judgment interest in the amount of $9,142.28 with post judgment interest continuing to accrue daily at the maximum lawful rate.

IT IS SO ORDERED.

_____
UNITED STATES DISTRICT JUDGE

9-16-2011
DATE

US DISTRICT COURT
WESTERN DIST ARKANSAS
FILED

SEP 1 6 2011

CHRIS R. JOHNSON, Clerk
By
    Deputy Clerk

BEQUETTE & BILLINGSLEY, P.A.
45 West Capitol Avenue, Suite 3200
Little Rock, AR 72201-3469
Phone: (501) 374-1107
Fax: (501) 374-5092

By: _____
    Jay Bequette (#87012)
    *jbequette@bbpalaw.com*

*Attorneys for Defendants*

MITCHELL, WILLIAMS, SELIG,
GATES & WOODYARD, P.L.L.C.
425 West Capitol Avenue, Suite 1800
Little Rock, AR 72201
Phone: 501-688-8800
Fax: 501-688-8807

By: _____
    Jeffrey L. Spillyards (#2004159)
    *jspillyards@mwlaw.com*

*Attorneys for Plaintiff*